## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OHIO SIX LIMITED,

                                    **PLAINTIFF(S)**

                    v.

MOTEL 6 OPERATING LP.,

                                    **DEFENDANT(S).**

CASE NUMBER

CV 11-08102-MMM(Ex)

## JUDGMENT ON THE VERDICT
## FOR DEFENDANT(S)

This action having been tried before the Court sitting with a jury, the Honorable MARGARET M. MORROW, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Ohio Six Limited

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Motel 6 Operating L.P.

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 1/14/14

By ANEL HUERTA
Deputy Clerk

At: _____

cc:     Counsel of record

CV-44 (11/96)                    **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**